UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| KENNETH OZARD,<br><br>      Plaintiff,<br>v.<br><br>COOLSTAR TECHNOLOGY, INC.,<br><br>      Defendant. | NEWARK VICINAGE<br><br>Case Number: 2:18-cv-00357(WJM)(MF) |
|---|---|

### CONSENT ORDER

This matter having been brought before the Court by counsel for all the parties consenting to the form and entry and for good cause shown, Plaintiff Kenneth Ozard's Complaint in the above-captioned matter shall be DISMISSED. Plaintiff shall file all claims arising out of and/or relating to his employment with Defendant Coolstar Technology, Inc. with an arbitration service as agreed upon by the parties.

The Clerk shall update the style of the case to reflect the same.

SO ORDERED: _____  3/28/18

HON. _____, U.S.D.J.

Consent to the form and entry by:

          NIEDWESKE BARBER HAGER, LLC
          Representing Plaintiff,

          */s/ Peter J. Heck*
Dated: March 27, 2018   Kevin Barber, Esquire
          Peter J. Heck, Esquire

          FREEMAN MATHIS & GARY, LLP
          Representing Defendant,

          */s/ Jonathan M. Romvary*
Dated: March 27, 2018   Jennifer L. Ward, Esquire
          Jonathan M. Romvary, Esquire